1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE MEMORIAL MEDICAL CENTER, a California not for-profit corporation,<br><br>　　　　　　Plaintiff<br><br>　vs.<br><br>AMERICAN APPAREL USA, a Limited Liability Company Welfare Benefit Plan; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　　Defendants | CASE NO.  2:12-CV-10855-DMG-JEM<br><br>[Assigned for all purposes to: Hon. Dolly M. Gee]<br><br>[~~PROPOSED~~] PROTECTIVE ORDER RE: CONFIDENTIAL DOCUMENTS<br><br>Trial Date:  April 29, 2014 |

- 1 -

# [~~PROPOSED~~] **PROTECTIVE ORDER**

Having reviewed the above stipulation of the parties and for good cause showing IT IS SO ORDERED.

Dated: April 12, 2013

*/s/John E. McDermott*

United States Magistrate Judge
Central District Court of California